# Exhibit B



**Division of Human Rights**

NEW YORK STATE
DIVISION OF HUMAN RIGHTS

---

NEW YORK STATE DIVISION OF
HUMAN RIGHTS on the Complaint of

JACQUELINE CADDICK,

                              Complainant,

            v.

PERSONNEL CO I LLC,

                              Respondent.

DETERMINATION AND
ORDER OF DISMISSAL FOR
LACK OF JURISDICTION

Case No.
10178084

Federal Charge No. 16GB600250

      On 10/22/2015, Jacqueline Caddick filed a verified complaint with the New York State Division of Human Rights ("Division") charging the above-named respondent with an unlawful discriminatory practice relating to employment because of opposed discrimination/retaliation in violation of N.Y. Exec. Law, art. 15 ("Human Rights Law").

      Pursuant to Section 297.2 of the Human Rights Law, the Division finds that it does not have jurisdiction for the following reason: Under Section 296.1 of the Human Rights Law, an employment agency cannot discriminate against an individual because of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, familial status, or marital status. The basis of opposed discrimination/retaliation is not subject to the anti-discrimination provisions of §296.1 of the Human Rights Law.

      The complaint is therefore ordered dismissed and the file is closed.

      PLEASE TAKE NOTICE that any party to this proceeding may appeal this Determination to the New York State Supreme Court in the County wherein the alleged unlawful discriminatory practice took place by filing directly with such court a Notice of Petition and Petition <u>within sixty (60) days after service of this Determination</u>. A copy of this Notice and Petition must also be served on all parties including General Counsel, State Division of Human Rights, One Fordham Plaza, 4th Floor, Bronx, New York 10458. DO NOT FILE THE ORIGINAL NOTICE AND PETITION WITH THE STATE DIVISION OF HUMAN RIGHTS.

- 2 -

      Your charge was also filed under Title VII of the Civil Rights Act of 1964. Enforcement of the aforementioned law(s) is the responsibility of the U.S. Equal Employment Opportunity Commission (EEOC). You have the right to request a review by EEOC of this action. To secure review, you must request it in writing, within 15 days of your receipt of this letter, by writing to EEOC, New York District Office, 33 Whitehall Street, 5th Floor, New York, New York 10004-2112. Otherwise, EEOC will generally adopt our action in your case.

Dated:    APR 0 6 2016
New York, New York

STATE DIVISION OF HUMAN RIGHTS

By: _David E. Powell_
David E. Powell
Regional Director

- 2 -